UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MONTAGUE,

                    Plaintiff,

       -against-

DOE,

                    Defendant.

25-cv-4542 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the August 12, 2025, order, the complaint is dismissed without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 15, 2025
             New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                         Chief United States District Judge